# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **KEITH DAVIS** | **CIVIL ACTION NO. 3:18-CV-01205** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF JAY RUSSELl, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that Defendants Jay Russell and Lieutenant Holland's Motion to Set Aside Default [Doc. No. 10] is **GRANTED**.   The default entered against Sheriff Jay Russell and Lieutenant Holland [Doc. No. 9] is set aside.

MONROE, LOUISIANA, this 26th day of April, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE