**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**KEITH DAVIS**                                    **CIVIL ACTION 3:18-CV-1205**

**VERSUS**                                         **JUDGE DOUGHTY**

**JAY RUSSELL, ET AL**                             **MAGISTRATE JUDGE  HAYES**

### O R D E R

On May 7, 2019, a **MOTION TO AMEND/CORRECT** (Document #12) was filed by

Keith Davis. Mover failed to indicate whether opposing counsel consented to the granting of this

ex parte motion as required by **LR7.4.1, 7.6 and 7.9**. Mover was notified of this deficiency on

May 8, 2019, but has failed to correct it. Accordingly,

**IT IS ORDERED** that the **MOTION TO AMEND/CORRECT**  (Document #12)  filed

by Keith Davis on May 7, 2019, be and is hereby stricken from the record.

Monroe, Louisiana, this ___31st___ day of ___May____, 2019.

_____
**KAREN L. HAYES**
**UNITED STATES MAGISTRATE JUDGE**