# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| KEITH DAVIS | CIVIL ACTION NO.: 3:18-cv-01205 |
| VERSUS | DISTRICT JUDGE: TERRY A. DOUGHTY |
| JAY RUSSELL, individually and in his official capacity as the Sheriff of the Parish of Ouachita and LIEUTENANT HOLLAND, individually and in his official capacity as a Deputy Sheriff for the Parish of Ouachita | MAGISTRATE JUDGE: KAREN L. HAYES |
| | JURY TRIAL REQUEST |

## ORDER

Considering the Motion to Supplement and Amend Petition for Class Action:

IT IS ORDERED that plaintiff, **KEITH DAVIS**, be granted leave of Court in which to file the attached First Supplemental and Amending Petition and that same be answered within the time delays provided by law.

_____Monroe_____, Louisiana, this _3rd_ day of ___June_____, 2019.

_____
MAGISTRATE JUDGE