UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KEITH DAVIS** | **CIVIL ACTION NO.: 3:18-cv-01205** |
| **VERSUS** | **JUDGE: DOUGHTY** |
| **JAY RUSSELL, individually and in his official capacity as the Sheriff of the Parish of Ouachita and LIEUTENANT HOLLAND, individually and in his official capacity as a Deputy Sheriff for the Parish of Ouachita** | **MAGISTRATE: KAREN HAYES**<br><br>**JURY TRIAL REQUEST** |

## PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING PETITON

NOW INTO COURT, through undersigned counsel, comes **KEITH DAVIS**, who wishes to supplement and amend the original petition by adding **LASALLE MANAGEMENT COMPANY, L.L.C., RICHWOOD CORRECTIONAL CENTER, L.L.C., TOWN OF RICHWOOD, WARDEN RAY HANSON, AND LIEUTENANT KENNETH HOLLAND**, as defendants.

I.

Plaintiff amends Paragraph 4 to read as follows:

Made Defendants herein are the following:

**LASALLE MANAGEMENT COMPANY, L.L.C.**, upon information and belief, a limited liability company authorized to do and doing business in the State of Louisiana;

**RICHWOOD CORRECTIONAL CENTER, L.L.C.**, upon information and belief, a

limited liability company authorized to do and doing business in the State of Louisiana;

**TOWN OF RICHWOOD**, upon information and belief, a municipal entity and political subdivision of the State of Louisiana;

**WARDEN RAY HANSON**, a Warden at the Richwood Correctional Center; and

**LIEUTENANT KENNETH HOLLAND,** a Supervisor and employee at the Richwood Correctional Center.

Moreover, any and all paragraphs that refer to **LIEUTENANT KENNETH HOLLAND,** in the original petition, as an employee of the Parish of Ouachita are hereby amended to only include him as a Supervisor and employee at the Lasalle Management Company, L.L.C. and the Richwood Correctional Center, L.L.C., and **not** as an employee in his official capacity as a Deputy Sheriff for the Sheriff for the Parish of Ouachita.

Further, Plaintiff, **KEITH DAVIS,** is not continuing any further judgment against former and previously named Defendant, **JAY RUSSELL,** individually and in his capacity as Sheriff of the Parish of Ouachita. Therefore, original Defendant, **JAY RUSSELL,** is removed from this petition in its entirety.

Defendants have been contacted and have no objection to the filing of this Amended Petition,

Respectfully submitted:

**L. CLAYTON BURGESS, A.P.L.C.**
605 West Congress Street
Lafayette, Louisiana 70501
Telephone: (337) 234-7573

_s/L. Clayton Burgess_
**L. CLAYTON BURGESS** (22979)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

<u>s/ L. Clayton Burgess</u>
**L. CLAYTON BURGESS**