**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**KEITH DAVIS**                                      **CASE NO.  3:18-CV-01205**

**VERSUS**                                           **JUDGE DOUGHTY**

**JAY RUSSELL ET AL**                                **MAG. JUDGE KAREN L. HAYES**

## ORDER

The Court's Civil Case Management Order was issued in this matter on July 09, 2019. Under that Order, the parties were required to file their Rule 26(f) Case Management Report within fourteen (14) days of the date of their meeting, but no later than August 05, 2019.  As of this date, no Rule 26(f) Case Management Report has been filed.  Therefore,

IT IS ORDERED that counsel for all parties comply with this Court's Civil Case Management Order by filing their Rule 26(f) Case Management Report within five (5) days.

THUS DONE AND SIGNED at Monroe, Louisiana, on this 17th day of September, 2019.

_____
Terry A. Doughty
United States District Judge