**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

KEITH DAVIS                          CASE NO.  3:18-CV-01205

VERSUS                               JUDGE DOUGHTY

JAY RUSSELL ET AL                    MAG. JUDGE KAREN L. HAYES

**ORDER**

The Court's Civil Case Management Order was issued in this matter on July 09, 2019. Under that Order, the parties were required to file their Rule 26(f) Case Management Report within fourteen (14) days of the date of their meeting, but no later than August 05, 2019.  As of this date, no Rule 26(f) Case Management Report has been filed.  Therefore,

IT IS ORDERED that counsel for all parties show cause in writing within fourteen (14) days of the date of this Order why they should not be sanctioned for failing to comply with this Court's Civil Case Management Order.  In addition, counsel are expected to file their Rule 26(f) Case Management Report immediately.

THUS DONE in Chambers on this 20th day of September, 2019.

_____
Terry A. Doughty
United States District Judge