**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **KEITH DAVIS** | **CIVIL ACTION NO. 3:18-CV-01205** |
| **V.** | **JUDGE: DOUGHTY** |
| | **MAGISTRATE JUDGE KAREN HAYES** |
| **JAY RUSSELL, ET AL** | **JURY TRIAL** |

**ORDER**

Considering the foregoing motion;

IT IS HEREBY ORDERED that the JOINT MOTION FOR AN EXTENSION OF DEADLINES is GRANTED and that the Scheduling Order deadlines be extended as follows:

1. 4/27/2020    Plaintiff's witness list delivered to defendants

2. 5/8/2020    Defendants' witness list delivered to plaintiff

3. 5/8/2020    Plaintiff identifies experts to opposing party

4. 5/23/2020    Defendants identify experts to opposing party

5. 5/13/2020    Plaintiff's expert reports delivered to defendants

6. 5/28/2020    Defendants' expert reports delivered to plaintiff

7. 5/28/2020    Discovery Completion Deadline

8. 5/28/2020    Deadline for filing motions to compel

9. 6/5/2020    Deadline for expert depositions

THUS DONE AND SIGNED in Chambers, in Monroe, Louisiana, this ⎯30th⎯ day of ⎯March⎯, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**