# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **KEITH DAVIS** | **CIVIL ACTION NO. 3:18-CV-01205** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF JAY RUSSELL, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### ORDER

Considering the foregoing,

**IT IS ORDERED** that Plaintiff's Unopposed Motion to Continue [Doc. No. 37] is

**GRANTED**.   The jury trial set for October 13, 2020, is **CONTINUED**, and the current

Scheduling Order [Doc. No. 30] is **VACATED**.   The Clerk of Court is directed to issue a new

Scheduling Order in due course.

MONROE, LOUISIANA, this 11th day of May, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE