# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **KEITH DAVIS** | **CIVIL ACTION NO. 3:18-CV-01205** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF JAY RUSSELL, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

Considering the foregoing,

**IT IS ORDERED** that the Joint Motion to Dismiss [Doc. No. 42] is **GRANTED**.  All of Plaintiff's claims against all Defendants are **DISMISED WITH PREJUDICE**, with all parties to bear their own court costs.   This case is now closed.

MONROE, LOUISIANA, this 30th day of March, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE